NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZAKAYYIA SHATEK HEARD,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1358

---

Petition for review of the Merit Systems Protection Board in No. AT-315H-17-0776-I-1.

---

## O R D E R

The petitioner having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, to pay the docketing fee required by Federal Circuit Rule 52 (a) (1), and to file the required Statement Concerning Discrimination, it is

2                                                    HEARD V. MSPB


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                        FOR THE COURT

January 27, 2023
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court


**ISSUED AS A MANDATE:** January 27, 2023